UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CRANDALL, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PTC INC., JAMES HEPPELMANN, JEFFREY GLIDDEN, ANDREW MILLER, PRICEWATERHOUSECOOPERS LLP, RENATO ZAMBONINI, ROBERT P. SCHECHTER, MICHAEL E. PORTER, PAUL A. LACY, THOMAS BOGAN, DONALD K. GRIERSON, C. RICHARD HARRISON and JANICE CHAFFIN,<br><br>    Defendants. | Civil Action No. 1:16-cv-10471 |

**JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Defendants PTC Inc., James Heppelmann, Jeffrey Glidden, Andrew Miller, Renato Zambonini, Robert P. Schechter, Michael E. Porter, Paul A. Lacy, Thomas Bogan, Donald K. Grierson, C. Richard Harrison and Janice Chaffin (together, "PTC Defendants," and, with PricewaterhouseCoopers LLP, "Defendants") and plaintiff Matthew Crandall ("Plaintiff"), by and through their undersigned counsel, hereby agree to extend the time within which Defendants must answer, move to dismiss, or otherwise respond to the complaint in this action.

WHEREAS, Plaintiff commenced this action by filing a complaint on March 7, 2016;

WHEREAS, the complaint asserts on behalf of a proposed class claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder;

WHEREAS, the Private Securities Litigation Reform Act contemplates that: (i) the

1

plaintiff who files the initial action shall publish notice to the proposed class within 20 days of filing the action informing the putative class members of their right to seek appointment as lead plaintiff; (ii) not later than 60 days after the date on which the notice is published, any member of the proposed class may move the court to serve as lead plaintiff of the proposed class; and (iii) the court shall appoint lead plaintiff and approve lead counsel; and

WHEREAS, Plaintiff and the PTC Defendants agree that it would serve the interest of judicial economy for Defendants not to be required to answer, move to dismiss, or otherwise respond to any complaint prior to the Court's appointment of lead plaintiff and approval of lead counsel pursuant to § 78u-4(a)(3) of the Exchange Act (15 U.S.C. §§ 78a et seq.) and the filing, if any, of any amended complaint by lead plaintiff.

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS, SUBJECT TO APPROVAL BY THE COURT:

1. Defendants shall not be required to answer, move to dismiss, or otherwise respond to any complaint filed in the above-captioned matter until after fifty (50) days after the later of (a) the appointment of lead plaintiff ("Lead Plaintiff") and lead counsel or (b) the filing by Lead Plaintiff of an amended complaint, if any.

2. If Lead Plaintiff determines to file an amended complaint, it shall be filed within forty-five (45) days after appointment of Lead Plaintiff and lead counsel.

3. If Defendants move to dismiss the operative complaint, Lead Plaintiff shall have forty-five (45) days from the filing of Defendants' motion(s) to file any opposition(s) to any such motion(s).

4. Following the filing of Lead Plaintiff's opposition(s), Defendants shall have thirty (30) days to file any reply brief(s) in support of their motion(s) to dismiss.

RESPECTFULLY SUBMITTED AND STIPULATED.

| | |
|---|---|
| MATTHEW CRANDALL | PTC INC., JAMES HEPPELMANN, JEFFREY GLIDDEN, ANDREW MILLER, RENATO ZAMBONINI, ROBERT P. SCHECHTER, MICHAEL E. PORTER, PAUL A. LACY, THOMAS BOGAN, DONALD K. GRIERSON, C. RICHARD HARRISON and JANICE CHAFFIN |
| By his attorneys, | |
| | By their attorneys, |
| */s/ Jeffrey C. Block* | |
| Jeffrey C. Block (BBO# 600747) | */s/ Brian E. Pastuszenski* |
| Jason M. Leviton (BBO# 678331) | Brian E. Pastuszenski (BBO# 391030) |
| Joel A. Fleming (BBO# 685285) | **GOODWIN PROCTER LLP** |
| **BLOCK & LEVITON LLP** | The New York Times Building |
| 155 Federal Street, Suite 400 | 620 Eighth Avenue |
| Boston, MA 02110 | New York, NY 10018 |
| Tel.: 617.398.5600 | Tel.: 212.813.8800 |
| Fax: 617.507.6020 | Fax.: 212.355.3333 |
| jeff@blockesq.com | bpastuszenski@goodwinprocter.com |
| jason@blockesq.com | |
| joel@blockesq.com | Inez H. Friedman-Boyce (BBO# 630910) |
| | Ezekiel L. Hill (BBO# 690023) |
| Laurence M. Rosen | **GOODWIN PROCTER LLP** |
| Philip Kim | Exchange Place |
| **THE ROSEN LAW FIRM, P.A.** | 53 State Street |
| 275 Madison Avenue, 34th Floor | Boston, MA 02109 |
| New York, NY 10016 | Tel.: 617.570.1000 |
| Tel.: 212.686.1060 | Fax: 617.523.1231 |
| Fax: 212.202.3827 | ifriedmanboyce@goodwinprocter.com |
| lrosen@rosenlegal.com | ehill@goodwinprocter.com |
| pkim@rosenlegal.com | |

**IT IS SO ORDERED:**               Dated: _____

_____

ACTIVE/85682512.3.1

## **CERTIFICATE OF SERVICE**

      I, Brian E. Pastuszenski, hereby certify that a copy of the foregoing Joint Stipulation, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on April 13, 2016.

                                            */s/ Brian E. Pastuszenski*