# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRANDALL<br>Plaintiff<br><br>V.<br><br>PTC Inc. et al<br>Defendant | CIVIL ACTION<br><br>NO. 1:16-cv-10471-WGY |

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

The Court having been advised on November 1, 2016 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

11/2/2016                           /s/ Jennifer Gaudet
Date                                   Deputy Clerk