**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MATTHEW CRANDALL, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PTC INC., JAMES HEPPELMANN, JEFFREY GLIDDEN, ANDREW MILLER, ROBERT P. SCHECHTER, MICHAEL E. PORTER, PAUL A. LACY, THOMAS BOGAN, and DONALD K. GRIERSON,<br><br>Defendants. | **Case No.: 16-cv-10471-WGY** |

**LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Lead Plaintiff Matthew Crandall ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement, which provides for the payment of $2,100,000 in cash to resolve the securities class action against Defendants; (2) making a preliminary finding as to Class certification pursuant to Rules 23(a) and (b)(3) for purposes of effectuating the proposed Settlement; (3) directing that Class Members be given notice of the pendency and settlement of this action in the form and manner set forth in the Stipulation and Agreement of Settlement and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of his motion, Lead Plaintiff relies on the Stipulation of Settlement and exhibits annexed thereto, the Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Settlement, and the Declaration of Laurence M. Rosen submitted herewith, which are incorporated herein in their entirety, as well as the entire record in the Action.

Dated:  January 13, 2017

**BLOCK & LEVITON LLP**

By:  /s/  Jason M. Leviton
Jason M. Leviton (BBO# 678331)
Joel A. Fleming (BBO# 685285)
155 Federal Street, Suite 400
Boston, MA 02110
Tel.: 617.398.5600
Fax: 617.507.6020
jeff@blockesq.com
jason@blockesq.com
joel@blockesq.com

*Liaison Counsel for Lead Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Jonathan Horne, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel.: (212) 686-1060

*Lead Counsel for Lead Plaintiff*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Lead Plaintiff conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

    /s/  Jason M. Leviton

**CERTIFICATE OF SERVICE**

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 13, 2017.

       /s/  Jason M. Leviton