March 1, 2017

**VIA ELECTRONIC FILING**

The Honorable William G. Young
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

**Re: *Crandall v. PTC Inc., et al*., Case No. 16-cv-10471 (D. Mass.)**

Dear Judge Young:

Pursuant to Your Honor's instructions at the January 27, 2017 preliminary settlement approval hearing in the above-referenced action (the "*Crandall* Action"), the parties to the *Crandall* Action hereby submit the attached Amended Stipulation of Settlement as Exhibit 1 to this Letter.

The Amended Stipulation of Settlement addresses the two issues raised by Your Honor at the January 27, 2017 preliminary settlement approval hearing. First, all references to the concept of "Unknown Claims" have been removed from Paragraphs 1.7, 1.24 and 1.34 of the Amended Stipulation of Settlement. Second, the definition of "Released Claims" in Paragraph 1.22 and "Released Parties' Claims" in Paragraph 1.24 of the Amended Stipulation of Settlement have been revised to address Your Honor's concerns about the scope of the words "relate to." In each instance, corresponding edits have been made to the exhibits to the Amended Stipulation of Settlement, particularly to Paragraphs 11, 12 and 13 of Exhibit B, the [Proposed] Order and Final Judgment. The stipulation and all exhibits have also been revised to reflect that the parties are submitting an "Amended Stipulation of Settlement", which is dated "March 1, 2017."

Respectfully submitted,

/s/ Laurence M. Rosen

/s/ Brian E. Pastuszenski, Esq.

Attachment

cc: All counsel of record (by CM/ECF)