Case 1:16-cv-10471-WGY   Document 51   Filed 06/09/17   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CRANDALL, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PTC INC., JAMES HEPPELMANN, JEFFREY GLIDDEN, ANDREW MILLER, ROBERT P. SCHECHTER, PAUL A. LACY, THOMAS BOGAN, and DONALD K. GRIERSON,<br><br>Defendants. | Case No.: 16-cv-10471-WGY |

**LEAD PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Lead Plaintiff, through his undersigned counsel, respectfullyly files this Motion for An Award of Attorneys' Fees and Reimbursement of Expenses. Lead Plaintiff's motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Final Approval of Settlement, and the exhibits thereto; the Stipulation of Settlement filed March 1, 2017 (Dkt. #47), and the exhibits thereto; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. A [Proposed] Order approving the requested award of attorneys' fees and expenses is filed herewith.

Dated: June 9, 2017                               Respectfully submitted,

                                               **BLOCK & LEVITON LLP**

                                               By: _/s/_ Jason M. Leviton
                                               Jason M. Leviton (BBO# 678331)
                                               Bradley J. Vettraino (BBO# 691834)
                                               155 Federal Street, Suite 400
                                               Boston, MA 02110
                                               Tel.: 617.398.5600
                                               Fax: 617.507.6020
                                               jason@blockesq.com
                                               bradley@blockesq.com

                                               *Liaison Counsel for Lead Plaintiff*

                                               **THE ROSEN LAW FIRM, P.A.**
                                               Laurence M. Rosen (pro hac vice)
                                               Jonathan Horne (pro hac vice)
                                               275 Madison Avenue, 34th Floor
                                               New York, New York 10016
                                               Tel.: (212) 686-1060

                                               *Lead Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 9, 2017.

                                                          /s/ Jason M. Leviton