# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CRANDALL, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PTC INC., JAMES HEPPELMANN, JEFFREY GLIDDEN, ANDREW MILLER, ROBERT P. SCHECHTER, PAUL A. LACY, THOMAS BOGAN, and DONALD K. GRIERSON,<br><br>Defendants. | **Case No.: 16-cv-10471-WGY** |

## LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS

Lead Plaintiff Matthew Crandall ("Lead Plaintiff"), by and through his undersigned counsel, hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order: (a) approving the administrative determinations of the Settlement Administrator, Strategic Claim Services ("SCS"), concerning the acceptance and rejection of the Claims submitted as recommended herein and in the Declaration of Josephine Bravata Concerning Administrative Procedures Performed to Process Claims and the Results Thereof ("Bravata Declaration"), and (b) directing payment of the Net Settlement Fund to the Authorized Claimants.

Lead Plaintiff's motion is based on the accompanying Memorandum of Law, the Bravata Declaration, and all other pleadings and matters of record. Lead Plaintiff respectfully requests that the Court decide this motion on the papers, and approve and enter the [Proposed] Order concerning the distribution submitted herewith.

Dated: May 22, 2018

Respectfully submitted,

**BLOCK & LEVITON LLP**

By: /s/ Jason M. Leviton
Jason M. Leviton (BBO# 678331)
155 Federal Street, Suite 400
Boston, MA 02110
Tel.: 617.398.5600
Fax: 617.507.6020
jason@blockesq.com

*Liaison Counsel for Lead Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Jonathan Horne, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel.: (212) 686-1060

*Lead Counsel for Lead Plaintiff*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Lead Plaintiff conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

/s/ Jason M. Leviton

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 22, 2018.

Dated: May 22, 2018                                            /s/ Jason M. Leviton